IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ROBERT JONES
and the putative classes of others
similarly situated,

    Plaintiff,

v.                                                     Case No. 17-cv-468

TOWER PALLET COMPANY, INC.,

    Defendant.

**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT AND JOINT STIPULATION FOR CERTIFICATION OF
A RULE 23 CLASS AND COLLECTIVE ACTION**

The parties, by and through their undersigned counsel, having reached a settlement, hereby move the Court for an order:

(1) Preliminarily approving the Settlement Agreement in this case (attached hereto as Exhibit 1 to this Motion);

(2) Granting the parties' joint stipulation to certify classes pursuant to Fed. R. Civ. P. 23;

(3) Granting the parties' joint stipulation to certify this case as a collective action pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b); and

(4) Granting all other relief as set forth in the parties' Proposed Order for Preliminary Approval.

For the reasons outlined in the memorandum of law filed herewith, the parties believe the Settlement Agreement provides for a fair resolution of the disputes between the parties, and respectfully request that the Court grant preliminary approval of the settlement.

Respectfully submitted this 15th day of September, 2017.

Attorneys for Plaintiffs.

s/ James A. Walcheske
James A. Walcheske, Bar No. 1065635
Walcheske & Luzi, LLC
15850 West Bluemound Road, Suite 304
Brookfield, Wisconsin 53005
Email: jwalcheske@walcheskeluzi.com
Telephone: (262) 780-1953
Facsimile: (262) 565-6469

Attorneys for Defendant.

s/ Kurt A. Goehre
Kurt A. Goehre, Bar No. 1068003
Conway, Olejniczak & Jerry, S.C.
231 South Adams Street
P. O. Box 23200
Green Bay, WI 54305-3200
Email: kag@lcojlaw.com
Telephone: (920) 437-0476
Facsimile: (920) 437-2868